James D. Weakley, Esq.     Bar No. 082853
James J. Arendt, Esq.      Bar No. 142937

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO,
DEPUTY ALLAN McGURK, SERGEANT JIM KERNS,
DEPUTY SCOTT PLANN and DEPUTY JARED BINFORD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE BALLANTYNE,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF FRESNO, SHERIFF RICHARD PIERCE, SGT. KERNS, DEPUTIES ALLAN McGURK, COTTA and PLANN, RESERVE DEPUTY JARED BINFORD, and DOES 1 to 10,<br><br>  Defendants.<br>_____ | CASE NO. CIV F 02-5969 AWI DLB<br><br>**ORDER ALLOWING ELECTRONIC DEVICES IN COURTROOM DURING TRIAL**<br><br>Trial Date: October 4, 2005 |

IT IS HEREBY ORDERED that James D. Weakley, Erica M. Camarena, Janet Iacovetti, and Angela Cantrell be allowed to carry their cellular phones and lap top computers into the Courthouse and use them for the duration of the trial.

IT IS FURTHER ORDERED that Deputy Scott Plann and Allan McGurk be allowed to bring their cellular phones and pagers into the Courthouse and use them for the duration of the trial.

IT IS SO ORDERED.

**Dated:   September 28, 2005**            **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE